UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-20981-CIV-ALTONAGA/O'SULLIVAN

WILMER HUGO CRUZ and all others )
similarly situated under 29 U.S.C. 216(b), )
                                              Plaintiff, )
vs. )
  )
RW INSTALLATION INC., )
RW GLAZING INC, )
ROBERT WSZENDYBYL, )
MARLENA STETTNER, )
  )
                                              Defendants. )
_____)

## **PLAINTIFF'S STATEMENT OF CLAIM**

Comes now, Plaintiff WILMER HUGO CRUZ ("Plaintiff") by and through undersigned counsel, file this Plaintiff's Statement of Claim pursuant to Court Order D.E. 5 and D.E. 7, and states as follows:

**A. Federal Overtime Wage Claim**

1. Period of overtime wage claim: February 10, 2014 – February 1, 2015: 50 weeks.

2. Approximation of overtime hours worked per week: 20.

3. Hourly rate: $20.00/hr.

4. Applicable overtime rate based on hourly rate: $30.00/hr.

5. Halftime overtime rate claimed: $10.00/hr.

6. Calculation of Overtime Wage Claim: 20 overtime hours a week, multiplied by the halftime overtime rate of $10, multiplied by 50 weeks, equals $10,000.00. With statutory

liquidated damages of twice the damages applied, the total overtime claim is equal to $20,000.00.

**B.  Federal Minimum Wage Claim**

7. Period of minimum wage claim: On or about January 31, 2015– February 13, 2015: 2 weeks.

8. Approximation of hours worked per week: 30

9. Rate Paid: None.

10. Applicable federal minimum wage rate: $7.25/hr.

11. Calculation of total minimum wage owed: 30 hours a week multiplied by minimum wage of $7.25, multiplied by 2 weeks for a total of $435.00.  With statutory liquidated damages of twice the damages applied, the total becomes $870.00.

**C.  Breach of Contract Claim**

12. Period of contract claim: On or about January 31, 2015– February 13, 2015: 2 weeks.

13. Approximation of hours worked per week: 30

14. Rate Paid: None.

15. Contract rate of pay: $20.00/hr.

[continued on the following page]

16. Calculation of total minimum wage owed: 30 hours a week for 2 weeks (60) multiplied by the contract price of $20.00 per hour, for a total of $1,200.00.

Dated this 1st day of April, 2015.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that as of the filing of this Plaintiff's Statement of Claim that I am unaware of any Defendant having retained counsel or otherwise entering an appearance in this matter.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Elizabeth O. Hueber
Elizabeth Olivia Hueber
Florida Bar No.: 0073061