UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20981-ALTONAGA/O'SULLIVAN

| | |
|---|---|
| WILMER HUGO CRUZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| RW INSTALLATION INC.; RW GLAZING INC.; ROBERT WZSENDYBYL; and MARLENA STETTNER. | ) ) ) ) ) |
| Defendants. | ) ) |

**DISCLOSURE NOTICE STATEMENT**

PLEASE TAKE NOTICE that neither RW Installation, Inc. or RW Glazing, Inc. falls within the parameters of Rule 7.1(a), Federal Rules of Civil Procedure.

Dated: May 15, 2015                         Respectfully submitted,

                                                    s/Randee S. Schatz
Randee S. Schatz, Esq. (Florida Bar No. 279900)
Attorney Email Address: rsschatz@comcast.net
Secondary Email:
legal.service.RSS.PA@comcast.net
RANDEE S. SCHATZ, P.A
220 Sunrise Avenue/Suite 209
Palm Beach, Florida 33480
Telephone: (561) 833-1846
Facsimile:  (561) 833-1881
Attorney for Defendants, RW INSTALLATION INC.; RW GLAZING INC.; ROBERT WZSENDYBYL; and MARLENA STETTNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:15-cv-20981-ALTONAGA/O'SULLIVAN**

| | |
|---|---|
| WILMER HUGO CRUZ and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| RW INSTALLATION INC.;<br>RW GLAZING INC.;<br>ROBERT WZSENDYBYL; and<br>MARLENA STETTNER. | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**Certificate of Service**

I HEREBY CERTIFY that on May 15, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   **s/Randee S. Schatz**
Randee S. Schatz, Esq.
Florida Bar Number: 279900

**SERVICE LIST**
**WILMER HUGO CRUZ and all others, Plaintiff v.**
**RW INSTALLATION INC.; RW GLAZING INC.; ROBERT WZSENDYBYL;**
**and MARLENA STETTNER, Defendants.**
**CASE NO.: 1:15-cv-20981-ALTONAGA/O'SULLIVAN**
**United States District Court, Southern District of Florida**

Elizabeth Olivia Hueber, Esq.
Email: elizabeth.hueber.esq@gmail.com
Steven C. Fraser, Esq.
Email: steven.fraser.esq@gmail.com
Jamie H. Zidell, Esq.
Email: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: 305-865-6766
Fax: 305-865-7167

Attorneys for Plaintiff,
Method of Service: email