UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20981-CIV-ALTONAGA/O'Sullivan

**WILMER HUGO CRUZ**,

    Plaintiff,
vs.

**RW INSTALLATION INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants' Motion for Abatement and for Extension of Time by All Defendants to File a Joint Scheduling Report as Well as Filing Certificates of Interested Parties as Required by the Court's Order of May 18, 2015 ("Motion") [ECF No. 18]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. The requirement for the parties to file a joint scheduling report is abated until after the Court has ruled on Defendants' Motion to Dismiss Under Rule 12(b) for Insufficient Service of Process and Lack of Personal Jurisdiction, at which time a new order will be issued regarding a joint scheduling report. The requirement to submit certificates of interested parties is not excused, however. A telephonic status conference to address whether any jurisdictional discovery is required to respond to Defendants' Motion to Dismiss . . . [ECF No. 17] is scheduled for **Thursday, June 18, 2015 at 9:30 a.m.**. The parties are instructed to call 1-888-684-8852 on the date and time set forth above. The access code is 3156459 and the password is 5510. **For clarity, please do not use a cell phone or a speaker phone.**

CASE NO. 14-20284-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of June, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record